# KEANE & BEANE, P.C.

ATTORNEYS AT LAW
445 HAMILTON AVENUE
WHITE PLAINS, NEW YORK 10601
(914) 946-4777
TELEFAX (914) 946-6868
www.kblaw.com

STEPHANIE L. BURNS
MEMBER
ALSO ADMITTED IN NJ

February 21, 2008

**VIA FACSIMILE (914) 390-4179**

Hon. Stephen C. Robinson, U.S.D.J.
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: Wetzel v. Town of Orangetown, *et al.*
08 Civ. 0196 (SCR)

Dear Judge Robinson:

Keane & Beane, P.C. has been asked to represent the Defendants in the above-referenced action. We have communicated with Plaintiff's counsel concerning the Defendants' intention to move to dismiss this action. The attorneys have agreed upon the following schedule, which we submit to Your Honor for approval:

Motion to dismiss filed on or before March 28;

Papers in opposition to the motion filed on or before May 2; and

Reply papers filed on or before May 16.

Currently, the initial case management conference in this action is scheduled on May 9, 2008. Plaintiff's counsel has written separately to Your Honor requesting an adjournment of this conference to a date after May 28 or after the disposition of the motion proposed herein. Defendants have no objection to such an adjournment.

Thank you for your consideration of this matter.

**APPLICATION GRANTED**

*Stephen C Robinson*

HON. STEPHEN C. ROBINSON  2/25/08

Respectfully submitted,

*Stephanie Burns*

Stephanie L. Burns (SB 3467)

SLB/pe
cc: Michael Diederich, Jr., Esq.
(via facsimile (845) 942-0796)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

1868/121/333967 V1 2/21/08