# KEANE & BEANE, P.C.

ATTORNEYS AT LAW
445 HAMILTON AVENUE
WHITE PLAINS, NEW YORK 10601
(914) 946-4777
TELEFAX (914) 946-6868
www.kblaw.com

LANCE H. KLEIN
PRINCIPAL MEMBER
ALSO ADMITTED IN NJ

March 27, 2008

VIA FACSIMILE 914-390-4179

Hon. Stephen C. Robinson, U.S.D.J.
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: *Wetzel v. The Town Board of Orangetown, et al.*
08 Civ. 0196 (SCR)

Dear Judge Robinson:

Keane & Beane, P.C. represents the Defendants in the above-referenced action. I write to request a brief one week adjournment of the So-Ordered schedule for a motion to dismiss the Complaint. I seek this adjournment because I have been unavailable to work on the motion due to the so-ordered depositions in *Buddenhagen, et ano. v. City of Beacon, et al.*, 04 Civ. 290 (SCR)(MDF) and my colleague who is assisting me in this action, Stephanie L. Burns, Esq., has been very ill since last week. Plaintiff's counsel has not responded to my request for this adjournment, which was sent yesterday evening by facsimile. A one week adjournment of the existing motion schedule would result in the following schedule:

- Motion to dismiss filed on or before April 4;
- Papers in opposition to the motion filed on or before May 9; and
- Reply papers filed on or before May 23.

Thank you for your consideration of this request.

Sincerely,

Lance H. Klein/sf
Lance H. Klein

LHK/pe
cc: Michael D. Diederich, Jr., Esq.
via facsimile 845-942-0796

1868/121/335771 V1 3/27/08

ELECTRONICALLY FILED
DOC #:
DATE FILED:

*Plaintiff sent letter consenting to adjournment.*

**APPLICATION GRANTED**

Stephen C Robinson
HON. STEPHEN C. ROBINSION 3/29/08